REVISED SCHEDULE A
Rule 7.2(a)(ii) REVISED SCHEDULE OF ACTIONS

In re National City Corporation Securities, Derivative & ERISA Litigation, Case No. 08-CV-7000 (N.D. Ohio, Eastern Division)

*Coordinating Cases:*

**In re National City Corporation Securities Litigation, Case No. 08-CV-209 (N.D. Ohio, Eastern Division)**
Judge Solomon Oliver, Jr.
Plaintiff: Thomas P. DiNapoli
Defendants: National City Corporation, Peter E. Raskind, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Robert C. Rowe, James R. Bell, III, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, Michael B. McCallister, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, and Morry Weiss

*Constituent Case:*
Robert Casey v. National City Corporation, Peter E. Raskind, David A. Daberko, and Jeffrey D. Kelly, Case No. 08-CV-209 (N.D. Ohio, Eastern Division)
Judge Solomon Oliver, Jr.
Movant: Skandia Life Insurance Company Ltd.
Movant: Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and as Trustee of the New York State Common Retirement Fund
Movants: Plumbers and Steamfitters Local No. 7 Pension, Welfare and Annuity Funds and Paul P. Lynch

**In re National City Corporation Derivative Litigation, Case No. 08-CV-163 (N.D. Ohio, Eastern Division)**
Judge Patricia A. Gaughan
Plaintiffs: Charles Greve, Richard Lerach, and James W. Hass, Jr.
Nominal Defendant: National City Corporation
Defendants: Peter E. Raskind, David A. Daberko, Jeffrey D. Kelly, Philip L. Rice, Stephen A. Stitle, David L. Zoeller, Shelley J. Seifert, Thomas A. Richlovsky, James P. Gulick, Paul D. Geraghty, Timothy J. Lathe, Jeffrey J. Tengel, Daniel J. Frate, Morry Weiss, James S. Broadhurst, Jon E. Barfield, Paul A. Ormond, Jerry Sue Thornton, Gerald L. Shaheen, Christopher M. Connor, Bernadine P. Healy, Michael B. McCallister, James R. Bell, III, Ted M. Parker, William E. MacDonald, III, John D. Gellhausen, and S. Craig Lindner

*Constituent Cases:*
Richard Lerach v. Peter E. Raskind, David A. Daberko, Jeffrey D. Kelly, Philip L.
     Rice, Stephen A. Stitle, David L. Zoeller, Shelley J. Seifert, Thomas A.
     Richlovsky, James P. Gulick, Paul D. Geraghty, Timothy J. Lathe, Jeffrey
     J. Tengel, Daniel J. Frate, Morry Weiss, James S. Broadhurst, Jon E.
     Barfield, Paul A. Ormond, Jerry Sue Thornton, Gerald L. Shaheen,
     Christopher M. Connor, Bernadine P. Healy, Michael B. McCallister,
     James R. Bell, III, Ted M. Parker, William E. MacDonald, III, John D.
     Gellhausen, and S. Craig Lindner and Nominal Defendant National City
     Corporation, Case No. 08-CV-163 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

Charles Greve v. Peter E. Raskind, David A. Daberko, Jeffrey D. Kelly, Philip L.
     Rice, Stephen A. Stitle, David L. Zoeller, Shelley J. Seifert, Thomas A.
     Richlovsky, James P. Gulick, Paul D. Geraghty, Timothy J. Lathe, Jeffrey
     J. Tengel, Daniel J. Frate, Morry Weiss, James S. Broadhurst, Jon E.
     Barfield, Paul A. Ormond, Jerry Sue Thornton, Gerald L. Shaheen,
     Christopher M. Connor, Bernadine P. Healy, Michael B. McCallister,
     James R. Bell, III, Ted M. Parker, William E. MacDonald, III, John D.
     Gellhausen, and S. Craig Lindner and Nominal Defendant National City
     Corporation, Case No. 08-CV-231 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

James W. Hass, Jr. v. Peter E. Raskind, David A. Daberko, Jeffrey D. Kelly,
     Philip L. Rice, Stephen A. Stitle, David L. Zoeller, Shelley J. Seifert,
     Thomas A. Richlovsky, James P. Gulick, Paul D. Geraghty, Timothy J.
     Lathe, Jeffrey J. Tengel, Daniel J. Frate, Morry Weiss, James S.
     Broadhurst, Jon E. Barfield, Paul A. Ormond, Jerry Sue Thornton, Gerald
     L. Shaheen, Christopher M. Connor, Bernadine P. Healy, Michael B.
     McCallister, James R. Bell, III, Ted M. Parker, William E. MacDonald,
     III, John D. Gellhausen, and S. Craig Lindner and Nominal Defendant
     National City Corporation, Case No. 08-CV-432 (N.D. Ohio, Eastern
     Division)
Judge Patricia A. Gaughan

<u>In re National City Corporation ERISA Litigation</u>, Case No. 08-CV-61 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan
Plaintiffs: James Elsinghorst, Barbara Grosick, Ella R. Whitlow, Sharon A. Deucher, Robert Steinberg, Loretta D. Rogers, Rodolfo Ranallo, Jr., Rita Klabenesh, Robert Huenefeld, Charles C. Gunning, George Rithianos, and Deborah Douglas
Defendants: National City Corporation, David A. Daberko, the Administrative Committee of the National City Savings and Investment Plan, Jon N. Couture, National City Bank, "John Doe" Defendants 1-10

*Constituent Cases:*
<u>James Elsinghorst v. National City Corporation, Administrative Committee for the National City Savings and Investment Plan, Shelley J. Seifert, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, David A. Daberko, Bernadine P. Healy, Michael B. McCallister, Paul A. Ormond, Peter E. Raskind, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and John Does 1-30</u>, Case No. 08-CV-61 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>Barbara Grosick v. National City Corp., Administrative Committee for the National City Savings and Investment Plan, David A. Daberko, Jon N. Couture, and John Does 1-10</u>, Case No. 08-CV-144 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>Ella R. Whitlow, Sharon A. Deucher, Robert Steinberg, and Loretta D. Rogers v. National City Corporation, Administrative Committee for the National City Savings and Investment Plan, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Jon N. Couture, David A. Daberko, Bernadine P. Healy, Jeffrey D. Kelly, Allen H. Koranda, S. Craig Lindner, Michael B. McCallister, Paul A. Ormond, Peter E. Raskind, Shelley J. Seifert, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and John and Jane Does 1-25</u>, Case No. 08-CV-575 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>Rodolpo Ranallo, Jr., Rita Klabenesh, and Robert Huenefeld v. National City Corporation, The National City Savings and Investment Plan Committee, Peter E. Raskind, Shelley J. Seifert, and John and Jane Doe 1-10</u>, Case No. 08-CV-590 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>Charles C. Gunning v. National City Corporation, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, David A. Daberko, Bernadine P. Healy, Jeffrey D. Kelly, Allen H. Koranda, Michael B. McCallister, Paul A. Ormond, Peter E. Raskind, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and Unknown Fiduciary Defendants John Does 1-30</u>, Case No. 08-CV-724 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>George Rithianos v. National City Corporation, Administrative Committee for the National City Savings and Investment Plan, John E. Barfield, Christopher M. Connor, Jon N. Couture, David A. Daberko, Bernadine P. Healy, Jeffrey D. Kelly, Allen H. Koranda, S. Craig Lindner, Michael B. McCallister, Paul A. Ormond, Peter E. Raskind, Shelley J. Seifert, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and John and Jane Does 1-20</u>, Case No. 08-CV-751 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

<u>Deborah Douglas v. National City Corporation, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, David A. Daberko, Bernadine P. Healy, Jeffrey D. Kelly, Allen H. Koranda, Michael B. McCallister, Paul A. Ormond, Peter E. Raskind, Gerald Shaheen, Jerry Sue Thornton, Morry Weiss, and John Does 1-99</u>, Case No. 08-CV-952 (N.D. Ohio, Eastern Division)
Judge Patricia A. Gaughan

**<u>Lisa Parker and Stephen Enns  v. National City Corporation, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, S. Craig Lindner, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, David L. Zoeller and Ernst & Young, LLP</u>, Case No. 08-CV-1247 (N.D. Ohio, Eastern Division)**
Judge Ann Aldrich

**<u>B. H. Reagan v. National City Corporation, David A. Daberko, Jeffrey D. Kelly, Thomas A. Richlovsky, Jon E. Barfield, James S. Broadhurst, Christopher M. Connor, Bernadine P. Healy, S. Craig Lindner, Paul A. Ormond, Gerald L. Shaheen, Jerry Sue Thornton, Morry Weiss, and David L. Zoeller</u>, Case No. 08-81078-Civ-HURLEY/HOPKINS (S.D. Fla., West Palm Beach Division)**
Judge John J. Hoy