UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81078-CIV-HURLEY

B. H. REAGAN, on behalf of himself and all
others similarly situated,
    Plaintiffs,

v.

NATIONAL CITY CORPORATION, et al.,
    Defendants.
_____/

## ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER & ADMINISTRATIVE CLOSE-OUT

This cause is before the court upon receipt of notice of removal filed by defendants indicating that this action is related to thirteen other shareholder and securities actions that are pending in the United States District Court for the Northern District of Ohio, all but one of which have already been consolidated under the caption *In re National City Corporation Securities, Derivative & ERISA Litigation,* No. 08-CV-7000, and, further, that the defendants have filed a motion to transfer this action to the Northern District of Ohio for coordinated pretrial proceedings with the related cases before the Judicial Panel on Multi-District Litigation. [DE# 1].

In light of the foregoing, it is

**ORDERED AND ADJUDGED:**

1. All proceedings in this action are hereby **STAYED** pending final determination by the Judicial Panel on Multi-District Litigation on the propriety of transfer and consolidation of this action with certain related litigation pending in the Northern District of Ohio.

1

2. This court shall retain jurisdiction over this case, which may be re-opened upon motion of either party or upon the court's own motion if circumstances change so as to allow the action to proceed to final disposition before this court.

3. There being nothing further for this court to resolve at this juncture, the Clerk of the Court shall **CLOSE** this case for administrative purposes and deny any pending motions as **MOOT**.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida, this 6th day of October, 2008.

_____
Daniel T.K. Hurley
United States District Judge

copies to:

all counsel