UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81078-CIV-HURLEY

B. H. REAGAN, on behalf of himself and
all others similarly situated,
    plaintiff,

vs.

NATIONAL CITY CORPORATION, et al.,
    defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the court upon the plaintiff's motion for reconsideration of order staying proceedings pending transfer to MDL Transferee Judge, or alternatively, for order temporarily lifting stay to allow movants to file applications for appointment as lead plaintiff and to allow plaintiff to republish notice to class regarding removal [DE# 13] together with defendants' response in opposition [DE# 14].

Upon consideration, it is **ORDERED AND ADJUDGED**:

1. The plaintiff's motion for reconsideration [DE# 13] is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15th day of October, 2008.

                                              Daniel T. K. Hurley
                                              United States District Judge

cc. all counsel